(92 South. 471)

WILLIAMS v. GOODYEAR TIRE & RUBBER CO. (7 Div. 291.)

(Supreme Court of Alabama.   April 20, 1922.)

1. Appeal and error ⟨⟩537—Bill of exceptions not presented to trial judge in statutory time not considered.

Bill of exceptions not presented to trial judge in the time limited by Code 1907, § 3019, cannot be considered on appeal, though there be no motion to strike.

2. Appeal and error ⟨⟩554(3)—Affirmance necessary in absence of assignment to record proper where bill of exceptions not seasonably presented.

Judgment must be affirmed where there is no assignment relating to the record proper, and the bill of exceptions was not seasonably presented to the trial judge.

Appeal from Circuit Court, Etowah County; W. J. Martin, Judge.

Action by the Goodyear Tire & Rubber Company against A. J. Williams, doing business as the Gadsden Motor Company. Judgment for plaintiff, and defendant appeals. Transferred from the Court of Appeals under section 6, Acts 1911, p. 449. Affirmed.

C. W. Peters, of Gadsden, for appellant.

Counsel discusses the errors assigned, but does not discuss the points decided.

Inzer, Inzer & Lusk, of Gadsden, for appellee.

No matter is assigned except upon the bill of exceptions, and as that was not presented to the trial judge within the 90 days it cannot be considered. 73 South. 753.

PER CURIAM. The judgment in this case was rendered June 20, 1921, and the bill of exceptions was presented to the presiding judge September 21, 1921, not within 90 days, as is required by section 3019 of the Code of 1907. It is essential to the jurisdiction of this court to consider a bill of exceptions that it discloses a compliance with this mandatory provision, and, failing to do so, the same will not be considered, notwithstanding no motion is made to strike same. Wrenn v. Baker, 15 Ala. App. 434, 73 South. 756, and cases there cited. As the bill of exceptions cannot be considered, and there being no assignment of error relating to the record proper, the judgment of the circuit court must be affirmed.

Affirmed.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.